**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **MARIA DE JESUS RAMIREZ SANCHEZ,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**MARKWAYNE MULLIN**, et al.<br><br>**Defendants.** | **CASE NO.: 2:26-cv-6511-FMO-AYPx**<br><br>ORDER GRANTING PARTIES' JOINT STIPULATION [18] TO CONTINUE THE SEPTEMBER 10, 2026 HEARING ON PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION |

Having considered the Stipulation, and good cause appearing, the Court hereby ORDERS as follows:

1. The Stipulation is GRANTED.

2. The hearing on Plaintiff's Motion for Preliminary Injunction (Dkt. 7) is CONTINUED from September 10, 2026 at 10:00 a.m. to October 8, 2026, at 10:00 a.m.

IT IS SO ORDERED.

DATED: August 27, 2026

____________/s/__________________
Honorable Fernando M. Olguin
U.S. District Judge