**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **MARIA DE JESUS RAMIREZ SANCHEZ,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**MARKWAYNE MULLIN**, et al.<br><br>**Defendants.** | **CIVIL ACTION NO.: 2:26-cv-6511-FMO-AYP**<br><br>**ORDER GRANTING PARTIES' JOINT STIPULATION [22] TO DEEM PLAINTIFF'S OPPOSITION TIMELY AND EXTEND DEFENDANTS' REPLY DEADLINE** |

THIS MATTER comes before the Court on the parties' joint stipulation to deem Plaintiff's opposition timely and extend Defendants' reply deadline (the "Stipulation"). Having considered the Stipulation, and good cause appearing, the Court hereby ORDERS as follows:

1. The Stipulation is GRANTED.
2. Plaintiff's Opposition to Defendants' Motion to Dismiss, filed on September 18, 2026, is accepted and deemed timely filed;
3. Defendants shall file any Reply in support of their Motion to Dismiss on or before September 25, 2026; and

4. The hearing on Defendants' Motion to Dismiss shall remain set for October 8, 2026, at 10:00 a.m.

IT IS SO ORDERED.

DATED: September 21, 2026

_______________/s/_________________
Honorable Fernando M. Olguin
United States District Judge